**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JOSEPH FREDERICK,
                 *Plaintiff-Appellant,*

v.

DEBORAH MORSE; JUNEAU SCHOOL
BOARD,
                 *Defendants-Appellees.*

No. 03-35701

D.C. No.
CV-02-00008-J-JWS
District of Alaska,
Juneau

ORDER

On Remand from the
United States Supreme Court

Filed August 23, 2007

Before: Cynthia Holcomb Hall, Andrew J. Kleinfeld, and
Kim McLane Wardlaw, Circuit Judges.

---

## ORDER

Pursuant to the mandate of the Supreme Court, our judgment is vacated and the case is remanded to the District Court of Alaska for further consideration in light of *Morse v. Frederick*, 551 U.S. ___, 127 S. Ct. 2618, 168 L.Ed.2d 290 (2007).

IT IS SO ORDERED.

10301

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.